

## NUMBER 13-12-00119-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**LA JOYA INDEPENDENT SCHOOL DISTRICT,**                     **Appellant,**

**v.**

**BIO-TECH SOLUTIONS, INC. AND**
**COMMERCIAL ROOFING SYSTEMS, INC.,**                     **Appellees.**

---

### On Appeal from the 275th District Court
### of Hidalgo County, Texas

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

Appellant, La Joya Independent School District, perfected an appeal from a

judgment entered by the 275th District Court of Hidalgo County, Texas, in cause number

C-2045-05-E.   On March 26, 2012, the appeal was abated to allow the parties the opportunity to engage in settlement negotiations.   This appeal is hereby REINSTATED.

The parties have filed a joint motion to dismiss the appeal on grounds the parties have settled and compromised their differences.   The parties request that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE.   In accordance with the agreement of the parties, costs are taxed against the party incurring same.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
26th day of July, 2012.


2